# Summons and Complaint Return of Service

Case No. 11-cv-10481
Hon. Victoria A. Roberts

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Deputy Sheriff Patrick Maceroni

Date of Service: 6-8-11

ACKNOWLEDGMENT OF SERVICE:
I hereby acknowledge receipt of the Summons and Complaint on the date listed below.

Patrick Maceroni

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____